| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JUAN VEGA, §
　§
　　Plaintiff, §
　§
versus §　CIVIL ACTION NO.1:21-CV-69
　§
ARENDAL S. DE R.L. DE C.V., §
　§
　　Defendant. §

## FINAL JUDGMENT

It is ORDERED that Plaintiff Juan Vega recover of Defendant Arendal S. De R.L. De C.V.:

Compensatory damages of $786,984.73;

Pre-judgment interest of $361,068.59;

Post-judgment interest on the total of $1,148,053.32 at the rate of 4.24% per annum until paid.

It is further ORDERED that Plaintiff Juan Vega's court costs are taxed against Defendant Arendal S. De R.L. De C.V.

THIS IS A FINAL JUDGMENT

SIGNED at Beaumont, Texas, this 20th day of December, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE